DATE: 07-27-12                           JUDGE: **O'GRADY**
                                         Reporter: Kathleen Elias
                                         w/Rudiger & Green

START: 10:43
FINISH: 10:52

Civil Action Number: 1:12cv00591


**HENRY CHANCE**

**AUDREY AIRD**

V.

**CARDINAL FOREST HOMEOWNERS ASSOCIATION, et.al.**

---

Appearances of Counsel for ( X ) Pltf pro se   ( X ) Deft

**Defendant's [13 and 19] Motions to Dismiss the Complaint - granted. Complaint is dismissed w/o prejudice. Plaintiff's in court Motion for Leave to Amend is GRANTED and plaintiff may file an amended complaint w/in 90 days.**

---

( X ) Order to Follow