IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY CHANCE, ET AL,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-v-<br><br>CARDINAL FOREST HOMEOWNERS ASSOCIATION, ET AL,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:12-cv-591 |

## ORDER

The Plaintiff, Mr. Henry Chance, has notified the Court that he intends to seek new representation in this matter. At his request, and with the consent of Defendants' counsel, it is now **ORDERED** that all existing deadlines in this case—to include all discovery deadlines and pretrial conference dates—shall be **CONTINUED** 21 days to give Mr. Chance time to secure new counsel.

June 14, 2013
Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Liam O'Grady
　　　　　　　　　　　　　　　　　　　　United States District Judge