IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| HENRY CHANCE, ET AL, | |
|---|---|
| Plaintiffs, | |
| -v- | Civil Action No. 1:12-cv-591 |
| CARDINAL FOREST HOMEOWNERS ASSOCIATION, ET AL, | |
| Defendants. | |

## ORDER

Before the Court is a motion (Dkt. No. 71) by Mr. Henry Chance to stay this action until he can acquire new counsel, and also for the Court to modify an injunction issued by the Stafford County Circuit Court of Virginia. The individual defendants and Cardinal Forest Homeowners Association opposed the motion (Dkt. No. 73), as did Landmarc Real Estate (Dkt. No. 74), and Mr. Chance replied (Dkt. No. 75). The Court heard arguments on July 19, 2013.

This Court lacks jurisdiction to modify a state court injunction, under the *Rooker-Feldman* doctrine. *Jordahl v. Democratic Party of Virginia*, 122 F.3d 192 (4th Cir. 1997).

A stay is appropriate because Mr. Chance has had difficulty arranging for recovery of his file from his former law firm. The Court has issued an order to facilitate the exchange of documents, and Mr. Chance should be able to secure new counsel efficiently after that.

For these reasons, it is now **ORDERED**:

1. Mr. Chance's motion (Dkt. No. 71) for a stay of this action is **GRANTED**. This

matter is stayed until August 23, 2013. All outstanding deadlines are extended 30 days.

2. Mr. Chance's motion (Dkt. No. 71) for a modification of the state court injunction is **DENIED**.

July 2, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge