IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY CHANCE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CARDINAL FOREST HOMEOWNERS ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:12cv0591 (LO/JFA) |

## ORDER

On Friday, September 13, 2013, the parties appeared before the court to present argument on plaintiffs' Motion to Compel Disclosures and Discovery. (Docket no. 81) ("Motion to Compel"). Upon consideration of the motion and plaintiffs' incorporated memorandum in support, defendants' oppositions (Docket nos. 83, 84), the argument presented, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' Motion to Compel is denied without prejudice.

Entered this 13th day of September, 2013.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia