DATE: 11/01/13  JUDGE: O'GRADY

REPORTER: N. Linnell

START: 10:06

FINISH: 10:21

CIVIL ACTION NUMBER: 1:12cv591

HENRY CHANCE, et.al.

V.

CARDINAL FOREST HOMEOWNERS ASSOCIATION, et.al.

Appearances of counsel for (X) Plaintiff and ( X ) Defendant

Plaintiffs' [95] Motion to Withdraw Complaint - plaintiff given 20 days to file 2nd Amended Complaint. Current deadlines are suspended.

Order to follow.