IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY CHANCE & AUDREY AIRD,<br><br>Plaintiffs,<br><br>-v-<br><br>CARDINAL FOREST HOMEOWNERS ASSOCIATION, LANDMARC REAL ESTATE, ET AL.,<br><br>Defendants. | Civil Action No. 1:12-cv-00591 |

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Withdraw their Complaint Without Prejudice (Dkt. No. 95). Defendants opposed Plaintiffs' Motion (Dkt. Nos. 97, 99) and Plaintiffs replied (Dkt. No. 100). The Court heard argument on November 1, 2013, and now issues this order. For the reasons stated in open court and for good cause shown, it is hereby

**ORDERED**:

1. Plaintiffs Henry Chance and Audrey Aird's Motion to Withdraw (Dkt. No. 95) is **DENIED**. Plaintiffs will be granted 20 days from the date of this order to file a second amended complaint, to which Defendants may respond within 14 days.

2. The parties shall confer and file with the Court a plan to complete discovery in this case. Existing deadlines in the case are suspended pending the filing of the second amended complaint.

November 5, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge