IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY CHANCE & AUDREY AIRD,<br><br>Plaintiffs,<br><br>-v-<br><br>CARDINAL FOREST HOMEOWNERS ASSOCIATION, LANDMARC REAL ESTATE, ET AL.,<br><br>Defendants. | Civil Action No. 1:12-cv-00591 |

## ORDER

On Friday, January 31, 2014 this Court was scheduled to hear Motions to Dismiss filed by the Defendants in this case (Dkt. Nos. 105, 110). Counsel has indicated that the parties have reached a settlement agreement in principle, and therefore the hearing on January 31, 2014 is stayed in this matter. It is hereby **ORDERED**:

1. The hearing currently scheduled for January 31, 2014 is hereby **REMOVED FROM THE DOCKET**, and all other existing deadlines in this case are suspended. The parties shall file a consent order of dismissal for approval by the Court.

January 29, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge